# Court of Appeals
# of the State of Georgia

ATLANTA,     March 19, 2015

*The Court of Appeals hereby passes the following order:*

**A14A1717. BOSS INDUSTRIES, INC. v. JULIA ADAMS as Guardian and Conservator for WILLIE CEFUS ALL, Adult Ward.**

**A14A1718. FONTAINE TRUCK EQUIPMENT COMPANY v. JULIA ADAMS as Guardian and Conservator for WILLIE CEFUS ALL, Adult Ward.**

We granted the above-captioned interlocutory appeals on November 1, 2013 to review the trial court's September 20, 2013 order denying Appellant Boss Industries, Inc.'s motion for summary judgment and its September 27, 2013 order denying in part Appellant Fontaine Truck Equipment Company's second motion for summary judgment. Having considered the entire record on appeal, we dismiss the appeals as improvidently granted.



*Court of Appeals of the State of Georgia*
     *Clerk's Office,*
*Atlanta,*     03/19/2015
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*